UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

STERLING SAVINGS BANK, a
Washington stock savings bank,

        Plaintiff,

v.

DEREK L. BROWN & ASSOCIATES, INC.,
an Oregon corporation, and DEREK L.
BROWN,

        Defendants.

No. 3:10-CV-674-BR

STIPULATED JUDGMENT OF DISMISSAL

Based upon the stipulation of the parties, it is hereby

ADJUDGED that all claims, defenses, and counterclaims of the parties herein are dismissed. Defendants' defenses and counterclaims are dismissed with prejudice. Plaintiff's claims, however, are dismissed without prejudice. Moreover, this stipulated judgment of dismissal shall be vacated upon plaintiff's motion as to plaintiff's claims in the event defendants fail to comply with terms of the settlement agreement entered into between the parties. Neither costs nor attorneys' fees are awarded to any party.

DATED this 20th day of January, 2011.

_____
United States District Court Judge

\\\

[STIPULATION FOLLOWING ON NEXT PAGE]

Page 1 of 2 - STIPULATED JUDGMENT OF DISMISSAL

IT IS SO STIPULATED:

GREENE & MARKLEY, P.C.


By   /s/ Sanford R. Landress
    Sanford R. Landress, OSB #81438
    Of Attorneys for Plaintiff


   /s/ Derek L. Brown
Derek L. Brown, for himself and
for Derek L. Brown & Associates, Inc.


SUBMITTED BY:

/s/ Sanford R. Landress
Sanford R. Landress, OSB #81438
Telephone: (503) 295-2668
Attorneys for Plaintiff

\6011\111\P Stipulated Judgment of Dismissal 1.wpd

Page 2 of 2 - STIPULATED JUDGMENT OF DISMISSAL

GREENE & MARKLEY, P.C.
1515 S.W. Fifth Avenue, Suite 600
Portland, OR 97201
Telephone: (503) 295-2668
Facsimile: (503) 224-8434